IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TEMIRIA THOMAS, on behalf of herself and her minor child, A.W., | * |
| | * |
| Plaintiffs, | Case No.7:20-CV-14(HL) |
| v. | * |
| WIL COPE, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 22, 2021, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiffs shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 22nd day of October, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk